

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 07-79473-JB |
| MICHAEL R. PETERSON, Sr., | |
| Debtor. | CHAPTER 7 |
| ROSWELL HOLDINGS, LLC | |
| Plaintiff, | ADVERSARY PROCEEDING NO. 08-6088-JB |
| v. | |
| MICHAEL R. PETERSON, Sr., | |
| Defendant. | |

## JUDGMENT

Pursuant to the Court's Order granting Plaintiff's motion for judgment on the pleadings, entered February 10, 2009, Plaintiff's judgment claim in the amount of $782,549.81 is nondischargeable under 11 U.S.C. § 523(a)(6).

IT IS SO ORDERED, this 10th day of February, 2009.

JOYCE BIHARY
UNITED STATES BANKRUPTCY JUDGE

Distribution List:

Sean A. Gordon
Dorian Daggs Thompson Hine, LLP
Suite 2200
1201 W. Peachtree St.
Atlanta, GA 30309

Melvin L. Dansby
2160 Dorsey Ave.
East Point, GA 30344

Michael R. Peterson, Sr.
340 Kings Place
Riverdale, GA 30296

Martha A. Miller
Martha A. Miller, PC
229 Peachtree Street, NE
Suite 2415
Atlanta, GA 30303